# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ANDREW O'CONNOR WATSON,

                  Plaintiff,

v.

C.P. (*Name Illegible*), *Member of the Wisconsin Nursing Board*, and ROBERT W. WEINMAN

                  Defendants.

Case No. 23-CV-1270-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED** without prejudice.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Ross Miller*
By: Deputy Clerk

12/6/2023
Date